1   James A. Goodman, State Bar No. 89715
    EPSTEIN BECKER & GREEN, P.C.
2   1925 Century Park East, Suite 500
    Los Angeles, California 90067-2506
3   Telephone: 310.556.8861
    Facsimile:  310.553.2165
4   jgoodman@ebglaw.com

5   Attorneys for Defendant
    TURNER CONSTRUCTION COMPANY
6

7

8                    **UNITED STATES DISTRICT COURT**

9               **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  THOMAS THOMPSON,                    CASE NO.  07 CV 2412 JM (JMA)

12          Plaintiff,                  **NOTICE OF MOTION TO
                                        DISMISS PURSUANT TO FRCP**
13       v.                             **12(b)(6), OR IN THE
                                        ALTERNATIVE, FOR SUMMARY**
14  TURNER CONSTRUCTION               **JUDGMENT PURSUANT TO**
    COMPANY, a New York corporation     **FRCP 56**
15  and DOES 1 through 20, inclusive,
                                        [MEMORANDUM OF POINTS AND
16          Defendants.                 AUTHORITIES; (PROPOSED)
                                        STATEMENT OF
17                                      UNCONTROVERTED FACTS AND
                                        CONCLUSIONS OF LAW;
18                                      DECLARATIONS CONNIE
                                        MARSHALL AND JAMES A.
19                                      GOODMAN; COMPENDIUM OF
                                        NON-FEDERAL AUTHORITY; AND
20                                      (PROPOSED) JUDGMENT FILED
                                        CONCURRENTLY HEREWITH]
21
                                        Honorable Jeffrey T. Miller
22
                                        Date:  February 22, 2008
23                                      Time:  1:30 p.m.
                                        Ctrm:  16
24

25  TO THOMAS THOMPSON AND TO HIS ATTORNEY OF RECORD

26          PLEASE TAKE NOTICE that on February 22, 2008 at 1:30 p.m., or as soon

27  thereafter as the matter may be heard in Courtroom 16 of the above-entitled court,

28  located at 880 Front Street, San Diego, California, Defendant, TURNER

1  CONSTRUCTION COMPANY ("Turner" or "Defendant"), will move the court to

2  dismiss the action pursuant to Rule 12(b)(6) of the *Federal Rules of Civil*

3  *Procedure* on the ground that Plaintiff's complaint fails to state a claim upon

4  which relief can be granted, or in the alternative, for summary judgment pursuant

5  to Rules 12(b) and Rule 56 of the *Federal Rules of Civil Procedure* on the ground

6  that there are no material facts in dispute and Defendant is entitled to judgment as a

7  matter of law because all of Plaintiff's claims are subject to a valid and binding

8  arbitration agreement.

9      The motion will be based on this Notice of Motion, the Memorandum of

10  Points and Authorities filed concurrently herewith; on the declarations of Connie

11  Marshall and James A. Goodman, the [Proposed] Statement of Uncontroverted

12  Facts and Conclusions of Law, Compendium of Non-Federal Authority, and

13  [Proposed] Judgment, filed and served concurrently herewith; on all the pleadings

14  and files in this action; and on such further and additional points and authorities

15  and evidence as may be presented at the time of the hearing.

16

17  DATED:  January 3, 2008              EPSTEIN BECKER & GREEN, P.C.

18

19                                      By: _____

20                                           JAMES A. GOODMAN

21                                      Attorneys for Defendant,
                                        TURNER CONSTRUCTION
22                                      COMPANY

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service I was at least 18 years of age and **not a party to this legal action**.

2.  My business address is 1925 Century Park East, Suite 500, Los Angeles, California 90067-2506.

3.  I served copies of the following documents (specify the exact title of each document served):

    **NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

    **Attorney for Plaintiff:**

    **Douglas E. Geyman**                    **Tel:  (619) 322-3533**
    **Law Office of Douglas E. Geyman**    **Fax:**
    **750 B Street, Suite 2635**
    **San Diego, California  92101**

5.  a. ☐  **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b. ☒  **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ☒  placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at , California.

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6.  I served the documents by the means described in item 5 on *(date)*: January 3, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/3/08 | Ava Smith | *Ava Smith* |
| --- | --- | --- |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |