

James A. Goodman, State Bar No. 89715
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile:  310.553.2165
jgoodman@ebglaw.com

Attorneys for Defendant
TURNER CONSTRUCTION COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS THOMPSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.  07 CV 2412 JM (JMA)<br><br>**DECLARATION OF CONNIE MARSHALL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>Honorable Jeffrey T. Miller<br><br>Date:   February 22, 2008<br>Time:   1:30 p.m.<br>Ctrm:   16 |

///
///
///
///
///
///
///
///
///

LA:468300v1

1    I, Connie Marshall, declare as follows:

2    1.    I have personal knowledge of the following facts and could testify

3    competently if called to do so.

4    2.    I am a Human Resources Manager for Turner Construction Company

5    ("Turner").  My responsibilities include maintaining the personnel files for

6    employees in the San Diego office.

7    3.    The personnel file of Plaintiff Thomas Thompson ("Mr. Thompson")

8    reflects the following facts.

9    4.    Mr. Thompson was hired by Turner as a Safety Engineer for its San

10   Diego office on or about March 21, 2005.

11   5.    At the start Mr. Thompson's employment he entered into an

12   arbitration agreement with Turner.  On or about March 24, 2005, Mr. Thompson

13   signed a document acknowledging his agreement to be bound by the terms of

14   Turner's Dispute Resolution Policy.  A true and correct copy of this

15   acknowledgement is attached hereto as **Exhibit 1**.

16   6.    A true and correct copy of Turner's Dispute Resolution Policy is

17   attached hereto as **Exhibit 2**.

18   7.    On or about March 24, 2005, Mr. Thompson also signed a document

19   acknowledging his receipt of Turner's Employee Handbook.  A true and correct

20   copy of this acknowledgement is attached hereto as **Exhibit 3**.

21   8.    Turner's Employee Handbook refers to the Dispute Resolution Policy

22   and asks employees to read the full policy.  True and correct copies of pertinent

23   portions of the Handbook are attached hereto as **Exhibit 4**.

24   I declare under penalty of perjury under the laws of the United States and of

25   the States of California that the foregoing is true and correct.

26   Executed this 3 day of January, 2008, at San Diego, California.

27

28   Connie Marshall

**THE TURNER CORPORATION ("Turner")**
**DISPUTE RESOLUTION POLICY AND PROCEDURES**

**ACKNOWLEDGEMENT OF TURNER'S DISPUTE**
**RESOLUTION POLICY AND PROCEDURES**

I hereby acknowledge that I have been given a copy of Turner's Dispute Resolution Policy and Procedure.

I have read it and understand that this policy provides a program for the equitable resolution of covered disputes, which include all matters arising out of my employment that are covered by law or statute.

I understand that accepting employment or continuing employment at Turner constitutes consent to be bound by this policy both during and after termination of employment.

_____
Signature

_____3-24-05_____
Date

_____
Name (Please Print)

Dispute Resolution Policy and Procedures

Exhibit 1                                                                      -3-

# THE TURNER CORPORATION

# DISPUTE RESOLUTION POLICY AND PROCEDURES

4/1/02

Exhibit 2                                    -4-

## THE TURNER CORPORATION
## DISPUTE RESOLUTION POLICY

**1.     Purpose**

The Policy is designed to provide a program for the equitable resolution of Disputes between the Company and the Company's present and former Employees related to or arising out of a current or former employment relationship with the Company.

An employee who feels that he or she has been discriminated against or harassed in any way or otherwise subject to a hostile work environment or any other Disputes is strongly encouraged to bring the matter to the attention of his/her department head or Operations Manager. Where the employee either feels uncomfortable in bringing the matter to local management, he/she can alternatively report the matter to the regional HR manager for their group or to the Corporate Director of HR or Corporate Legal.

Former employees should direct their complaints to the Dispute Resolution Program Administrator.

Any other issues arising out of the employment relationship with the Company must be raised in writing with the employee's supervisor, department head or Operations Manager or the Corporate Director of Human Resources.

In those situations where the employee's complaint is not resolved through these channels, Turner provides additional methods of dispute resolution in this Policy. This Policy provides for mediation and/or arbitration with a mediator or arbitrator selected under the rules of the American Arbitration Association **or any other nationally recognized ADR provider.** Employees may request mediation by addressing their request to the Dispute Resolution Program Administrator.

Mediation provides the opportunity for a neutral third party to effectively resolve most disputes. If the mediation is unsuccessful, the parties will proceed with binding arbitration under the Policy's Procedures.

**The Policy is intended to create an exclusive procedural mechanism for the final resolution of all Disputes falling within its terms. It is not intended either to abridge or enlarge substantive rights available under applicable law. The Policy does not modify the at-will employment status of any employee. The Policy should be interpreted in accordance with these purposes.**

**2.     Definitions**

A.     "AAA" means the American Arbitration Association **or, alternatively, any other nationally recognized ADR provider selected and agreed to by the Parties.**

B.     The "Act" means the Federal Arbitration Act, 9 U.S.C. § 1, et seq., as amended from time to time.

C.     "Company" means The Turner Corporation and every direct or indirect subsidiary of The Turner Corporation, any entity or person alleged to have joint and several liability concerning any Dispute, and all of their directors, officers, employees, and agents, every Policy of benefits, whether or not tax-exempt, established or maintained by any such entity, the fiduciaries, agents and employees of all such Policies, and the successors and assigns of all such entities, Policies and persons.

D.     "Dispute" means all legal and equitable claims, demands, and controversies, of whatever nature or kind, whether in contract, tort, under statute or regulation, or some other law, between persons bound by the Policy or by an agreement to resolve Disputes under the Policy, or between a person bound by the Policy and a person or entity otherwise entitled to its benefits, including, but not limited to, any matters with respect to:

1.     this Policy;

2.  the employment or potential reemployment of an Employee, including the terms, conditions, or termination of such employment with the Company;

3.  employee benefits or incidents of employment with the Company;

4.  any other matter related to or concerning the relationship between the Employee and the Company including, by way of example and without limitation, allegations of: discrimination based on race, sex, religion, national origin, age, veteran status or disability; sexual or other kinds of harassment; workers' compensation retaliation; defamation; infliction of emotional distress; or status, claim or membership with regard to any employee benefit Policy;

5.  any personal injury allegedly incurred in or about a Company workplace but not including worker compensation claims.

"Dispute" includes all such matters regardless of when the events on which they are based occurred, including matters based on events occurring before the Employee became subject to this Policy (so long as such disputes were not previously asserted in a judicial forum) or after termination of the employment relationship.

E.  "Employee" means any person who is or has been in the employment of the Company on or after the effective date of this Policy, **who is not covered by an individual employment contract or collective bargaining agreement** whether or not employed at the time a claim is brought with respect to a Dispute.

F.  "Party" means, with respect to a particular Dispute, affected persons and / or entities bound by this Policy.

G.  "Policy" means this Turner Dispute Resolution Policy and Procedures, as amended from time to time.

H.  "Procedures" means the Turner Dispute Resolution Procedures, as amended from time to time, which are applicable to mediation and arbitration.

3.  **Name, Application and Coverage**

A.  The Policy shall be referred to as the "Turner Dispute Resolution Policy." Alternatively, it may be referred to as the "Turner Dispute Resolution Program" or the "Dispute Resolution Program."

B.  Until revoked by The Company pursuant to this Policy, this Policy applies to and binds the Company, each Employee and the heirs, beneficiaries and assigns of any such person or entity; provided, however, that this Policy shall not apply to any Employee in a unit of Employees represented by a labor organization, or to the Company with respect to such employees, except to the extent permitted in an applicable collective bargaining agreement or lawfully imposed by the Company when no collective bargaining agreement is in effect.

C.  Except as provided for herein, this Policy applies to any Dispute.

D.  Notwithstanding anything to the contrary in this Policy, the Policy does not apply to claims for workers' compensation benefits or unemployment compensation benefits.

E.  Mediation and arbitration are only available for Disputes involving legally protected rights.

F.  Notwithstanding any other provision hereof, any court with jurisdiction over the Parties may issue any injunctive orders (including preliminary injunctions) if the necessary legal and equitable

requirements under applicable law are met pending the institution of proceedings under the Policy.

**4.    Resolution of Disputes**

All Disputes not otherwise settled by the Parties shall be finally and conclusively resolved under this Policy and the Procedures.

**5.    Confidentiality**

B.    The Dispute Resolution Program ("Program"), its Administrator, any subordinate administrators, the staff of the Program and any other person conducting conferences or serving as an impartial third party on behalf of the Program in any in-house dispute resolution process conducted under the auspices of the Program, will hold matters reported under the Program and related communications in confidence.

For purposes of requests by or subpoenas from any party that the Program Administrator or any subordinate administrators, or any member of the staff of the Program or person conducting conferences or serving as an impartial third party on behalf of the Program in any in-house dispute resolution process conducted under the auspices of the Program, provide testimony in any internal or external investigation, administrative hearing, or arbitration or litigation proceeding, the confidentiality standards described in this section attach to the Dispute Resolution Program, rather than any individual disputant. This means that only the Program, rather than any individual disputant, may waive confidentiality, and the Program may only waive confidentiality, even upon request or subpoena by a disputant, under circumstances consistent with local law.

C.    No employee shall be subject to any form of discipline or retaliation for initiating or participating in good faith in any process or proceeding under this Policy.

**6.    Amendment**

A.    This Policy may be amended by The Company at any time by giving at least 10 days notice to current Employees. However, no amendment shall apply to a Dispute for which a proceeding has been initiated pursuant to the Procedures.

B.    The Company may amend the Procedures at any time by serving notice of the amendments on AAA. However, no amendment of the Procedures shall apply to a Dispute for which a proceeding has been initiated pursuant to the Procedures.

**7.    Termination**

This Policy may be terminated by The Company at any time by giving at least 10 days notice of termination to current Employees. However, termination shall not be effective as to Disputes for which a proceeding has been initiated pursuant to the Procedures prior to the date of termination.

**8.    Applicable Law**

A.    The Act shall apply to this Policy, the Procedures, and any proceedings under the Policy or the Procedures, including any actions to compel, enforce, vacate or confirm proceedings, awards, orders of an arbitrator, or settlements under the Policy or the Procedures.

B.    Other than as expressly provided herein, or in the Procedures, the substantive legal rights, remedies, and defenses of all Parties are preserved. In the case of arbitration, the arbitrator shall have the authority to determine the applicable law and to order any and all relief, legal or

equitable, including **injunctive relief and** punitive damages, which a Party could obtain from a court of competent jurisdiction on the basis of the claims made in the proceeding.

C.    Other than as expressly provided herein, or in the Procedures, the Policy shall not be construed to grant additional substantive, legal, or contractual rights, remedies or defenses which would not be applied by a court of competent jurisdiction in the absence of the Policy. The applicable statute of limitations for covered claims applies. The company's failure to reject a covered claim which an employee has submitted under this Policy shall not waive the Company's right to assert as a defense at a later time the untimeliness of a covered claim.

D.    Notwithstanding the provisions of the preceding subsection, in any proceeding before an arbitrator, the arbitrator, in his discretion, may allow a prevailing Employee a reasonable attorney's fee as part of the award. The discretion to allow an award of fees under this subsection is in addition to any discretion, right or power which the arbitrator may have under applicable law. However, any award of fees shall be reduced by any amounts which have been or will be paid by the Turner Employee Legal Assistance Policy.

## 9.    Administrative Proceedings

A.    This Policy shall apply to a Dispute pending before any local, state or federal administrative body or court unless prohibited by law.

B.    Participation in any administrative or judicial proceeding by the Company shall not affect the applicability of the Policy to any such Dispute upon termination of the administrative or judicial proceedings. A finding, recommendation or decision by an administrative body on the merits of a Dispute shall have the same legal weight or effect under the Policy as it would in a court of competent jurisdiction.

## 10.    Exclusive Remedy

Proceedings under the Policy shall be the exclusive, final and binding method by which Disputes are resolved.

## 11.    Effective Date

The effective date of this Policy shall be April 1, 2002.

## 12.    Severability

The terms of this Policy and the Procedures are severable. The invalidity or unenforceability of any provision therein shall not affect the application of any other provision. Where possible, consistent with the purposes of the Policy, any otherwise invalid provision of the Policy or the Procedures may be reformed and, as reformed, enforced.

## 13.    Administration

The Company shall appoint one or more persons to administer the Policy who shall be known as the "Dispute Resolution Program Administrator." The Dispute Resolution Program Administrator shall be responsible for the management and administration of the Policy.

## 14.    Assent

**Employment or continued employment after the Effective Date of this Policy constitutes consent by both the Employee and the Company to be bound by this Policy, both during the employment and after termination of employment.**

## THE TURNER CORPORATION
## DISPUTE RESOLUTION PROCEDURES

1.  **Definitions**

    All definitions included in the Turner Dispute Resolution Policy apply to these Procedures.

2.  **Application**

    A.  If different rules are applicable to a specific class of Disputes, and have been adopted by The Company and served on AAA, these Procedures shall not apply to such class of Disputes.

    B.  These Procedures apply in the form existing at the time proceedings are initiated under them.

    C.  To the extent consistent with these Procedures, the National Rules for the Resolution of Employment disputes of AAA also apply to all proceedings governed by these Procedures.

3.  **Initiation of the Process**

    A.  A party may initiate proceedings under these Procedures at any time, subject to any defenses including those applicable to the timeliness of the claim, including limitations and laches.

    B.  A party may initiate proceedings by serving a written request to initiate proceedings on AAA and tendering the appropriate administrative fee.

    C.  Copies of the request shall be served on all other parties to the Dispute by AAA. The request shall describe the nature of the Dispute, the amount involved, if any, the remedy sought, and the proceeding locale requested.

    D.  Proceedings may also be initiated by an Employee by serving a written request to initiate proceedings to the Company's Dispute Resolution Program Administrator. In such a case, the Company shall promptly forward any properly served request it has received to AAA.

    E.  Parties against whom a claim is asserted shall file an answering statement within 21 days of receiving notice of intent to arbitrate or a specification of claims, which shall include any counterclaims and any request that the arbitrator (if any) prepare a statement of reasons for the award.

4.  **Administrative Conference**

    AAA shall convene an administrative conference as soon as possible after receipt of the answering statement or after expiration of the time for filing an answering statement if one has not been filed. The conference may be held in person or by telephone. At the conference, AAA will determine whether the Parties are in agreement on a method to resolve the Dispute. If the Parties are in agreement, AAA will implement the procedure in accordance with their rules upon payment of any applicable fee. The first step in the External Dispute Resolution Process will be mediation under the rules of, and with a mediator provided by, AAA.

5.  **Initiation of Mediation**

    Any party to an employment dispute may initiate mediation by filing with the AAA a submission to mediation or a written request for mediation pursuant to these rules, together with the applicable administrative fee.

6.    **Request for Mediation**

A request for mediation shall contain a brief statement of the nature of the dispute and the names, addresses, and telephone numbers of all parties to the dispute and those who will represent them, if any, in the mediation. The initiating party shall simultaneously file two copies of the request with the AAA and one copy with every other party to the dispute.

7.    **Appointment of Mediator**

Upon receipt of a request for mediation, the AAA will appoint a qualified mediator to serve. Normally, a single mediator will be appointed unless the parties agree otherwise or the AAA determines otherwise. If the agreement of the parties names a mediator or specifies a method of appointing a mediator, that designation or method shall be followed.

8.    **Qualifications of Mediator**

No person shall serve as a mediator in any dispute in which that person has any financial or personal interest in the result of the mediation, except by the written consent of all parties. Prior to accepting an appointment, the prospective mediator shall disclose any circumstance likely to create a presumption of bias or prevent a prompt meeting with the parties. Upon receipt of such information, the AAA shall either replace the mediator or immediately communicate the information to the parties for their comments. In the event that the parties disagree as to whether the mediator shall serve, the AAA will appoint another mediator. The AAA is authorized to appoint another mediator if the appointed mediator is unable to serve promptly.

9.    **Vacancies**

If any mediator shall become unwilling or unable to serve, the AAA will appoint another mediator, unless the parties agree otherwise.

10.   **Representation**

Any party may be represented by a person of the party's choice. The names and addresses of such persons shall be communicated in writing to all parties and to the AAA.

11.   **Date, Time, and Place of Mediation**

The mediator shall fix the date and the time of each mediation session. The mediation shall be held at the appropriate regional office of the AAA, or at any other convenient location agreeable to the mediator and the parties, as the mediator shall determine.

12.   **Identification of Matters in Dispute**

At least ten (10) days prior to the first scheduled mediation session, each party shall provide the mediator with a brief memorandum setting forth its position with regard to the issues that need to be resolved. At the discretion of the mediator, such memoranda may be mutually exchanged by the parties.

At the first session, the parties will be expected to produce all information reasonably required for the mediator to understand the issues presented. The mediator may require any party to supplement such information.

13.   **Authority of Mediator**

The mediator does not have the authority to impose a settlement on the parties but will attempt to help them reach a satisfactory resolution of their dispute. The mediator is authorized to conduct joint and separate meetings with the parties and to make oral and written recommendations for settlement.

Whenever necessary, the mediator may also obtain expert advice concerning technical aspects of the dispute, provided that the parties agree and assume the expenses of obtaining such advice. Arrangements for obtaining such advice shall be made by the mediator or the parties, as the mediator shall determine.

The mediator is authorized to end the mediation whenever, in the judgment of the mediator, further efforts at mediation would not contribute to a resolution of the dispute between the parties.

**14.    Privacy**

Mediation sessions are private. The parties and their representatives may attend mediation sessions. Other persons may attend only with the permission of the parties and with the consent of the mediator.

**15.    Confidentiality**

Confidential information disclosed to a mediator by the parties or by witnesses in the course of the mediation shall not be divulged by the mediator. All records, reports or other documents received by a mediator while serving in that capacity shall be confidential. The mediator shall not be compelled to divulge such records or to testify in regard to the mediation in any adversary proceeding or judicial forum.

The parties shall maintain the confidentiality of the mediation and shall not rely on, or introduce as evidence in any arbitral, judicial, or other proceeding

a.    views expressed or suggestions made by another party with respect to a possible settlement of the dispute;
b.    admissions made by another party in the course of the mediation proceedings;
c.    proposals made or views expressed by the mediator; or
d.    the fact that another party had or had not indicated willingness to accept a proposal for settlement made by the mediator.

**16.    No Stenographic Record**

There shall be no stenographic record of the mediation process.

**17.    Termination of Mediation**

The mediation shall be terminated
a.    By the execution of a settlement agreement by the parties;
b.    By a written declaration of the mediator to the effect that further efforts at mediation are no longer worthwhile; or
c.    By a written declaration of a party or parties to the effect that the mediation proceedings are terminated.

**18.    Exclusion of Liability**

Neither the AAA nor any mediator is a necessary party in judicial proceedings relating to the mediation.

Neither the AA nor any mediator shall be liable to any party for any act or omission in connection with any mediation conducted under these rules.

**19.    Interpretation and Application of Rules**

The mediator shall interpret and apply these rules insofar as they relate to the mediator's duties and responsibilities. All other rules shall be interpreted and applied by the AAA.

If the Parties have previously attempted and failed to resolve the Dispute by mediation or another nonbinding mechanism, the Dispute shall be arbitrated under these Arbitration Procedures.

**20.    Appointment of Arbitrator**

Immediately after payment of the arbitration fee, AAA shall simultaneously send each party an identical list of names of persons chosen from a panel of qualified arbitrators which AAA shall select and maintain. Each Party to the Dispute shall have fourteen (14) days from the transmittal date to strike any names objected to, number the remaining names in order of preference, and return the list to AAA. If a party does not return the list within the time specified, all persons therein shall be deemed acceptable. From among the persons who have been approved on both lists, and in accordance with the order of mutual preference, AAA shall invite the acceptance of the arbitrator to serve. Any party shall have the right to strike one list of arbitrators in its entirety. When a party exercises this right, AAA shall issue a new list of arbitrators consistent with the above procedures.

**21.    Qualifications of the Arbitrator**

No person shall serve as an arbitrator in any matter in which that person has any financial or personal interest. Prior to accepting appointment, the prospective arbitrator shall disclose any circumstance likely to prevent a prompt hearing or create a presumption of bias. Upon receipt of such information from the arbitrator or any other source, AAA will either replace that person or communicate the information to the Parties for comment. Thereafter, AAA may disqualify that person, and its decision shall be conclusive.

**22.    Vacancies**

If a vacancy occurs for any reason or if an appointed arbitrator is unable to serve promptly, the appointment procedure in Section 5 shall apply to the selection of a substitute arbitrator.

**23.    Date, Time and Place of Hearings**

A.    The arbitrator shall set the date, time and place of any proceeding.

B.    Notice of any hearing shall be given at least ten (10) days in advance, unless the arbitrator determines or the Parties agree that a shorter time is necessary.

C.    The arbitrator shall make every effort, without unduly incurring expense, to accommodate the Employee in the selection of a proceeding location.

**24.    Conferences**

At the request of AAA or of a Party or on the initiative of the arbitrator, the arbitrator or AAA may notice and hold conferences for the discussion and determination of any matter which will expedite the proceeding, including:

A.    venue,

B.    clarification of issues,

C.    determination of preliminary issues, including summary determination of dispositive legal issues,

D.    discovery,

E.    the time and location of proceedings or conferences,

F.    interim legal or equitable relief authorized by applicable law,

Exhibit 2

G.    pre- or post-hearing memoranda,

H.    stipulations; and / or

I.    any other matter of substance or procedure.

**25.    Mode of Hearings and Conferences**

In the discretion of the arbitrator or by agreement of the Parties, conferences and hearings may be conducted by telephone or by written submission, as well as in person.

**26.    Pre-hearing Discovery**

A.    On any schedule determined by the arbitrator, each Party shall submit in advance, the names and addresses of the witnesses it intends to produce and any documents it intends to present.

B.    The arbitrator shall have discretion to determine the form, amount and frequency of discovery by the Parties.

C.    Discovery may take any form permitted by the Federal Rules of Civil Procedure, as amended from time to time, subject to any restrictions imposed by the arbitrator.

**27.    Representation**

Any party may be represented by counsel or by any other authorized representative.

**28.    Attendance at Hearings**

The arbitrator shall maintain the privacy of the proceedings to the extent permitted by law. Any person having a direct interest in the matter is entitled to attend the proceedings.

The arbitrator shall otherwise have the power to exclude any witness, other than a Party or other essential person, during the testimony of any other witness. The arbitrator shall determine whether any other person may attend the proceeding. Upon the request of any Party, the arbitrator shall exclude any witness during the testimony of any other witness.

**29.    Postponement**

A.    The arbitrator, for good cause shown by a Party, or on agreement of the Parties, may postpone any proceeding or conference.

B.    The pendency of court proceedings related to the same matter is not good cause for postponement.

**30.    Oaths**

Before proceeding with the first hearing, each arbitrator may take an oath of office and, if required by law, shall do so. The arbitrator may require witnesses to testify under oath administered by any duly qualified person and, if required by law or requested by any Party, shall do so.

**31.    Record of Proceedings**

There shall be no stenographic, audio, or video record of the proceedings unless either requested by one of the Parties or specified by the arbitrator. The Party requesting the record shall bear the entire cost of producing the same. Copies of the record shall be furnished to all other Parties upon request and upon payment of the cost of reproduction.

**32.    Procedure**

The proceedings shall be conducted by the arbitrator in whatever order and manner will most expeditiously permit full presentation of the evidence and arguments of the Parties.

**33.    Arbitration in the Absence of a Party**

The arbitrator may proceed in the absence of Parties or representatives who, after due notice, fail to be present or fail to obtain a postponement. An award shall not be made solely on the default of a Party. The arbitrator shall require any Party who is present to submit such evidence as the arbitrator may require for the making of an award.

**34.    Evidence**

A.    The arbitrator shall be the sole judge of the relevancy, materiality, and admissibility of evidence offered. Conformity to legal rules of evidence shall not be necessary.

B.    The arbitrator may subpoena witnesses or documents at the request of a Party or on the arbitrator's own initiative.

C.    The arbitrator may consider the evidence of witnesses by affidavit or declaration, but shall give it only such weight as the arbitrator deems appropriate after consideration of any objection made to its admission.

**35.    Post-Hearing Submissions**

All documentary evidence to be considered by the arbitrator shall be filed at the hearing unless the arbitrator finds good cause to permit a post-hearing submission. All Parties shall be afforded an opportunity to examine and comment on any post-hearing evidence. The arbitrator shall permit the filing of post-hearing briefs at the request of a Party and shall determine the procedure and timing of such filings.

**36.    Closing and Reopening of Proceedings**

A.    When the arbitrator is satisfied that the record is complete, including the submission of any post-hearing briefs or documents permitted by the arbitrator, the arbitrator shall declare the proceeding closed.

B.    The proceeding may be reopened on the arbitrator's initiative or upon application of a Party at any time before the award is made.

**37.    Waiver of Procedures**

Any Party who fails to object in writing, after knowledge that any provision or requirements of these procedures and Procedures have not been complied with, shall be deemed to have waived the right to object.

**38.    Service of Notices and Papers**

Any papers, notices, or process necessary or proper for the initiation or continuation of any proceeding under these Procedures (including the award of the arbitrator, any court action in connection therewith, or the entry of judgment on an award made under these procedures) may be served on a Party by mail addressed to the Party or his or her representative at the last known address or by personal service. AAA, the Parties, and the arbitrator may also use facsimile transmission, telex, telegram, or other written forms of electronic communication to give any notices required by these Procedures.

39.   **Communications with the AAA and the Company**

    A.   Any Party may notice, serve or communicate with AAA by contacting:

        Regional Administrator
        American Arbitration Association
        335 Madison Avenue
        New York, New York 10017-4605
        (212) 716-3968
        Fax: (212) 716-5906

        **Or contacting the Regional office of the ADR provider selected**.

40.   **Communication with the Arbitrator**

There shall be no communication between the Parties and the arbitrator other than at any oral hearings or conferences. Any other oral or written communications from the Parties to the arbitrator shall be directed to the AAA (and copied to the Parties) for transmission to the arbitrator, unless the Parties and the arbitrator agree otherwise.

41.   **Time of Award**

The award shall be promptly made by the arbitrator, unless otherwise agreed by the Parties or specified by applicable law, no later than thirty (30) days from the date of the closing of the proceeding or, if applicable, the closing of a reopened proceeding.

42.   **Form of Award**

The award shall be in writing and shall be signed by the arbitrator.  The arbitrator shall write a statement of reasons for the award if requested to do so in the request to initiate proceedings or in the answering statement. The award shall be executed in any manner required by applicable law.

43.   **Modification of Award**

On order of a court of competent jurisdiction, or on agreement of the Parties, the arbitrator shall modify any award. The arbitrator may modify an award on the motion of a Party if the arbitrator finds that the award, as rendered, is ambiguous or defective in form, or if the award requires an illegal or impossible act. These are the only circumstances under which an arbitrator shall have jurisdiction to withdraw or modify an award.

44.   **Settlement**

If the parties settle their Dispute during the course of the arbitration, the arbitrator may set out the terms of the settlement in a consent award.

45.   **Scope of Arbitrator's Authority**

The arbitrator's authority shall be limited to the resolution of legal Disputes between the Parties. As such, the arbitrator shall be bound by and shall apply applicable law including that related to the allocation of the burden of proof as well as substantive law. The arbitrator shall not have the authority either to abridge or enlarge substantive rights available under applicable law. The arbitrator may also grant emergency or temporary relief which is or would be authorized by applicable law. The arbitrator shall be bound by and shall comply with the provisions of the Policy and Procedures.

46.    **Judicial Proceedings and Exclusion of Liability**

    A.    Neither AAA nor any arbitrator is a necessary party in any judicial proceedings relating to proceedings under these Procedures.

    B.    Neither AAA nor any arbitrator shall be liable to any Party for any act or omission in connection with any proceedings within the scope of these Procedures.

    C.    Any court with jurisdiction over the Parties may compel a Party to proceed under these Procedures at any place and may enforce any award made.

    D.    Parties to these Procedures shall be deemed to have consented that judgment upon the award of the arbitrator may be entered and enforced in any federal or state court having jurisdiction of the Parties.

    E.    Initiation of, participation in, or removal of a legal proceeding shall not constitute waiver of the right to proceed under these Procedures.

    F.    Any court with jurisdiction over the Parties may issue any injunctive orders (including preliminary injunctions) if the necessary legal and equitable requirements under applicable law are met pending the institution of proceedings under these Procedures.

47.    **Fees and Expenses**

    A.    The expenses of witnesses shall be borne by the Party producing such witnesses, except as otherwise provided by law or in the award of the arbitrator.

    B.    All attorney's fees shall be borne by the Party incurring them except as otherwise provided by law, by the Policy, or in the award of the arbitrator.

    C.    Discovery costs (e.g., court reporter fees for original transcripts) shall be borne by the Party initiating the discovery. The cost of copies of deposition transcripts or other discovery shall be borne by the Party ordering the copy.

    D.    The fees and expenses of experts, consultants and others retained or consulted by a Party shall be borne by the Party utilizing those services.

    E.    The Employee shall pay an appropriate administrative fee which shall not exceed the fee that they would have to pay if they initiated a lawsuit in a court of appropriate jurisdiction if he or she initiates arbitration or mediation.  Otherwise, Employee Parties shall not be responsible for payment of fees and expenses of proceedings under these Procedures including required travel of an arbitrator or a mediator, expenses of an arbitrator, mediator, AAA and the cost of any proof produced at the discretion of an arbitrator.

    F.    If the demand for mediation or arbitration is initiated by the Company, such fees will be paid by the Company.

    G.    Except as otherwise provided by law or in the award of the arbitrator, all other expenses, fees and costs of proceedings under these Procedures shall be borne equally by the Parties who are not Employees.

48.    **Interpretation and Application of These Procedures**

The arbitrator shall interpret and apply these Procedures insofar as they relate to the arbitrator's powers and duties. All other rules shall be interpreted and applied by the AAA.

49.    **Applicable Law**

    A.    Proceedings under these Procedures and any judicial review of awards shall be governed by the Act.

    B.    Except where otherwise expressly provided in these Procedures, the substantive law applied shall be state or federal substantive law which would be applied by a United States District Court sitting at the place of the proceeding.

# ACKNOWLEDGEMENT OF RECEIPT FOR EMPLOYEE HANDBOOK

### Please sign this form and return it to the Human Resources Department

This is to acknowledge that I have received a copy of Turner's Employee Handbook, and understand that it contains important information on the company's general personnel policies and on my duties as an employee. I will familiarize myself with the material in the Handbook.

I further understand that this issue of the Handbook supersedes any and all previous employee handbooks, guidelines, policies, and/or oral or implied promises or representation regarding my employment or the terms thereof. I also understand that the company may change, rescind, or add to any policies, benefits, or practices described in the Handbook from time to time in its sole and absolute discretion, with or without prior notice.

I agree and understand that this employee Handbook is not intended to create a contract of employment, express or implied, for a specified term. Employment with the company is not for any specified duration and constitutes at-will employment. Accordingly, I agree that either the company or I may terminate the employment relationship at any time, with or without notice, and with or without cause. I also agree that the at-will relationship constitutes the entire and sole agreement between the company and me concerning my employment; with the exception of separately executed employment contracts or agreements signed by the President of the Company. I understand that no supervisor or representative other than the President of the Company has any authority to enter into any agreement contrary to the foregoing, and that no promises for employment of any other duration or on any other basis can be made except in a written agreement signed by both me and the President.

By my signature below, I have read the above statement, acknowledge that I have received a personal copy of the Handbook, agree that it remains the property of the company, and agree to return it to the company upon the termination of my employment by either party.

_Thomas Thompson_
_____
Print Employee Name

_[signature]_
_____        3-24-05
Signature                                          Date

Business Unit

Cc:    Regional Human Resources Director
       Employee

Please return originals to:    The Turner Corporation
                               Human Resources Department
                               901 Main Street, Suite 4900
                               Dallas, Texas 75063

Exhibit 3                                                                -18-

# Turner

### Building the Future

# STAFF
# HANDBOOK

Exhibit 4                                                    -19-

# TABLE OF CONTENTS

**Introduction to Turner**
Preface                                      1
Employment-at-Will                           1
Welcome Letter                               2
Ethics & Core Values                         3-4
History                                      5-6
Positioning Statement                        7
Diversity Mission Statement                  8
Organization                                 9

**Employment**
Equal Employment Opportunity                 10
Business Conduct Guidelines                  11
Americans with Disabilities Act              12
Privacy of Employee Records                  13
Employment References                        14
Termination of Employment                    15

**Salary Administration**
Regular Employee                             16
Temporary Employee                           17
Non-Exempt Employee                          17
Exempt Employee                              17
Workweek                                     17
Overtime Compensation                        17-18
Paydays & Paychecks                          18
Expense Reimbursement                        18
Timesheets                                   18
End of Year Premium Pay                      19
Severance Pay                                20

**Employee Development**
Development Counseling &
    Performance Review                       21

**Absence from Work**
Attendance & Punctuality                     22
    Short Term Absence                       22
Leaves of Absence                            23
    General Provisions                       23-24
    Short Term Disability                    25-26
    Long Term Disability                     27
    Family Medical Leave                     28
    Parental Leave                           29
    Personal Leave                           30
    Bereavement Leave                        31

**Absence from Work (Continued)**
    Military Leave                           32
    Jury Duty                                33
    Workers' Compensation                    34
    Unauthorized Leave                       34

**Employee Benefits**
    Vacation                                 35-36
    Company Holidays                         37
    Religious Holidays                       37

**Other Employee Benefits**
    Employee Referral Program                38
    Tuition Reimbursement                    39
    Gift Matching Program                    40
    United States Savings Bonds              40
    Professional Certification/Licenses      40
    Relocation                               41-43
    Suitcase Option                          43-44

**Corporate Discount Programs**           45

**Statutory Benefits**
    Social Security                          46
    Unemployment Insurance                   46
    Workers' Compensation                    46
    State Disability Benefits                46

**Personal Conduct**
    Harassment                               47-49
    Substance Abuse                          50
    Workplace Violence                       51
    Technology Usage                         52
    Dress Code                               53
    Dispute Resolution                       54
    Ethics Hotline                           54

**Reimbursement of Expenses**
    Business Travel                          55

**Safety Guidelines**
    Auto Safety                              56
    Work & Safety Rules                      57-58

**Miscellaneous**
    Media Contacts                           59
    Solicitation                             60

Exhibit 4                                                          -20-

# INTRODUCTION TO TURNER

## PREFACE

This handbook provides reference to the employment policies of The Turner Corporation and its subsidiaries ("Turner" or "the Company"), and the benefits offered to its staff employees. Whether you are new with the Company, or have been with us for some time, you will find it a helpful summary of our policies, practices, and benefits.

Please read this handbook carefully so that you will be familiar with our various policies and benefits. Review the pertinent parts with those close to you, so that they too are familiar with them. Your immediate supervisor, your Human Resources Director/Manager or Corporate Human Resources Department can answer any questions that you may have.

Employee benefits that are offered by the Company are more fully described in our Summary Plan Description, which are regularly reviewed and modified as the need arises. The Summary Plan Description for the various plans is distributed to employees when they become eligible to participate in the plan and are available for review in the Corporate Benefits Department. If there are any differences between the handbook and any Summary Plan Description, the Summary Plan Description prevails.

> **The provisions of this handbook are not contractual and the Company retains the right to change, modify, suspend, interpret or cancel in whole or in part any of the published or unpublished personnel practices of the Company, without advance notice in its sole discretion. The handbook is NOT a CONTRACT of employment.**

## EMPLOYMENT-AT-WILL

Unless an employee is given a written contract signed by the Chairman of The Turner Corporation, the President of Turner Construction Company or other designated officers specifying an employment term (other than employment relating to a specific project), the status for every Turner employee is an **EMPLOYEE-AT-WILL**. This means that an employee has no contractual right, express or implied, to remain in Turner's employ, and that an employee may resign or Turner may terminate employment in accordance with the law at any time with or without cause.

R. Bruce Ruthven
Vice President, Employee Relations

> **PLEASE NOTE THAT THIS HANDBOOK IS A SUMMARY OF TURNER POLICIES AND THE COMPLETE VERSION FOR EACH POLICY WILL BE ACCESSIBLE ON TURNER KNOWLEDGE NETWORK ("TKN") UNDER DOCUMENTS, HUMAN RESOURCES, EMPLOYEE RESOURCES. ALL FUTURE UPDATES WILL ONLY BE MADE TO TKN.**

October 2002
Updated 6/03, 10/03, 2/04, 2/05, 6/05, 8/05, 1/07

Exhibit 4                    -21-

# INTRODUCTION TO TURNER

## WELCOME LETTER

Dear Turner Staff,

Welcome to The Turner Corporation! You are now part of a world-class service-oriented Company, which satisfies its clients' needs almost entirely through the efforts of its professional staff. In recognition of this fact, we have traditionally formulated our personnel policies based upon the premise that our staff is our most valuable asset. This Staff Handbook describes those practices and policies. The major goal of the policies is to create an environment within which we can all grow and develop to our maximum potential.

Turner strives to maintain an organization composed of individuals who possess the desire and ability to learn and progress. Whenever practical, we try to fill management and supervisory positions through promotions from within; however, circumstances may dictate that we supplement our normal recruiting program by seeking qualified candidates elsewhere.

Fundamental to our Company is the practice of ethical business conduct and fair treatment of all personnel regardless of race, gender, color, national origin, ancestry, age, creed, religion, citizenship, sexual orientation, marital status including registered domestic partners, disabilities, veterans, and any other protected group. Actions contrary to these fundamentals will not be tolerated.

It is Turner's intention that compensation programs be fair and competitive within the industry. The benefit programs are designed to provide a reasonable support to the basic compensation package.

**Peter J. Davoren**
**President & CEO**

October 2002
Updated 6/03,10/03,2/04,2/05, 6/05, 8/05,1/07

Page 2

Exhibit 4                                                           -22-

# PERSONAL CONDUCT

## DISPUTE RESOLUTION

The policy is designed to provide a program for the equitable resolution of Disputes between Turner and present and former employees related to or arising out of a current or former employment relationship with Turner.

Former employees should direct their complaints to the Dispute Resolution Program Administrator.

Any other issues arising out of the employment relationship with the Company must be raised in writing with the employee's Supervisor, Department Head, Operations Manager, Human Resources Director/Manager or VP of Employee Relations.

In those situations where the employee's complaint is not resolved through these channels, Turner provides additional methods of dispute resolution in this policy. This policy provides for mediation and/or arbitration with a mediator or arbitrator selected under the rules of the American Arbitration Association or any other nationally recognized ADR provider. Employees may request mediation by addressing their request to the Dispute Resolution Administrator.

Mediation provides the opportunity for a neutral third party to effectively resolve most disputes. If the mediation is unsuccessful, the parties will proceed with binding arbitration under the policy's procedures.

The policy is intended to create an exclusive procedural mechanism for the final resolution of all disputes falling within its terms. It is not intended either to abridge or enlarge substantive rights available under applicable law. The policy does not modify the at-will employment status of any employee. The policy should be interpreted in accordance with these purposes.

## ETHICS HOTLINE

Turner has set up a confidential ethics hotline administered by a third party administrator for reporting business conduct violations. The information is relayed to Turner's management to investigate. This service is not intended as a substitute for speaking directly with management. It is an option that is available for employees to call on an anonymous basis. See your local Human Resources Administrator to obtain a brochure.

1

## PROOF OF SERVICE

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3   1.   At the time of service I was at least 18 years of age and **not a party to this
         legal action**.

4

5   2.   My business address is 1925 Century Park East, Suite 500, Los Angeles,
         California 90067-2506.

6   3.   I served copies of the following documents (specify the exact title of each
         document served):

7

8        **DECLARATION OF CONNIE MARSHALL IN SUPPORT OF
         DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP
         12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
         PURSUANT TO FRCP 56**

9

10  4.   I served the documents listed above in item 3 on the following persons at the
         addresses listed:

11

         **Attorney for Plaintiff:**

12
         **Douglas E. Geyman                      Tel:  (619) 322-3533**
         **Law Office of Douglas E. Geyman   Fax:**
13       **750 B Street, Suite 2635**
         **San Diego, California  92101**

14

15  5.  a. ☐   **By personal service.** I personally delivered the documents on the
                date shown below to the persons at the addresses listed above in item
16              4.  (1) For a party represented by an attorney, delivery was made to
                the attorney or at the attorney's office by leaving the documents in an
17              envelope or package clearly labeled to identify the attorney being
                served with a receptionist or an individual in charge of the office.
18              (2) For a party delivery was made to the party or by leaving the
                documents at the party's residence between the hours of eight in the
19              morning and six in the evening with some person not less than 18
                years of age.

20     b. ☒   **By United States mail.** I enclosed the documents in a sealed
               envelope or package addressed to the persons at the addresses in
21             item 4 and *(specify one):*

22             (1) ☐   deposited the sealed envelope with the United States Postal
                       Service, with the postage fully prepaid on the date shown
23                     below, or

24             (2) ☒   placed the envelope for collection and mailing on the date
                       shown below, following our ordinary business practices. I
25                     am readily familiar with this business's practice for
                       collecting and processing correspondence for mailing. On
26                     the same day that correspondence is placed for collection and
                       mailing, it is deposited in the ordinary course of business with
27                     the United States Postal Service, in a sealed envelope with
                       postage fully prepaid.

28

---

LA:468300v1                                        Thompson v. Turner Construction Company
                                                   Case No. 07 CV 2412 JM (JMA)

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at , California.

c. ☐ **By overnight delivery.**  I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.**  I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.  (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4.  No error was reported by the fax machine that I used.  A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6.  I served the documents by the means described in item 5 on *(date)*: January 3, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 1/3/08 | Ava Smith | _(signature)_ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |