13106532165        Epstein Becker & Green                    01:27:29 p.m.    01-10-2008        3 /19

1  James A. Goodman, State Bar No. 89715
   EPSTEIN BECKER & GREEN, P.C.
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile: 310.553.2165
4  jgoodman@ebglaw.com

5  Attorneys for Defendant
   TURNER CONSTRUCTION COMPANY
6

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS THOMPSON,                  CASE NO. 07 CV 2412 JM (JMA)

12            Plaintiff,              **STIPULATION AND [PROPOSED]
                                      ORDER OF DISMISSAL WITH
13        v.                          PREJUDICE PURSUANT TO
                                      F.R.Civ.P. 41(a)(1)**
14  TURNER CONSTRUCTION
    COMPANY, a New York corporation   Honorable Jeffrey T. Miller
15  and DOES 1 through 20, inclusive,
                                      Date:  February 22, 2008
16            Defendants.             Time:  1:30 p.m.
                                      Ctrm:  16
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LA:471497v1
                                      Case No. 07 CV 2412 JM (JMA)
                                      Thompson v. Turner Construction Company

1        The parties hereby STIPULATE and AGREE, by their undersigned counsel,

2    that pursuant to F.R.Civ.P. 41(a)(1) this action is dismissed with prejudice, each

3    party to bear its own costs and fees. In lieu of resolving their dispute in this Court,

4    the parties will arbitrate their dispute before the American Arbitration Association

5    pursuant to their arbitration agreement, a copy of which is attached hereto as

6    Exhibit A.

7

8    DATED: January ___, 2008      EPSTEIN BECKER & GREEN, P.C.

9

10                          By: _____

11                            JAMES A. GOODMAN

12                          Attorneys for Defendant,
                              TURNER CONSTRUCTION

13                          COMPANY

14    DATED: January 15, 2008

15

16

17                          DOUGLAS E. GEYMAN

18                          Attorney for Plaintiff
                            THOMAS THOMPSON

19

20

21    SO ORDERED.

22

23

24    Dated: _____, 2008    _____

25                          Honorable Jeffrey T. Miller
                          United States District Judge

26

27

28

LA:471497v1