1  James A. Goodman, State Bar No. 89715
   EPSTEIN BECKER & GREEN, P.C.
2  1925 Century Park East, Suite 500
   Los Angeles, California 90067-2506
3  Telephone: 310.556.8861
   Facsimile:  310.553.2165
4  jgoodman@ebglaw.com

5  Attorneys for Defendant
   TURNER CONSTRUCTION COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | THOMAS THOMPSON, | CASE NO. 07 CV 2412 JM (JMA) |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.Civ.P. 41(a)(1)** |
| 13 | v. | |
| 14 | TURNER CONSTRUCTION COMPANY, a New York corporation and DOES 1 through 20, inclusive, | Honorable Jeffrey T. Miller |
| 15 | | Date: February 22, 2008 |
| 16 | Defendants. | Time: 1:30 p.m. Ctrm: 16 |

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  The parties hereby STIPULATE and AGREE, by their undersigned counsel,
2  that pursuant to F.R.Civ.P. 41(a)(1) this action is dismissed with prejudice, each
3  party to bear its own costs and fees. In lieu of resolving their dispute in this Court,
4  the parties will arbitrate their dispute before the American Arbitration Association
5  pursuant to their arbitration agreement, a copy of which is attached hereto as
6  Exhibit A.

8  DATED: January 12, 2008              EPSTEIN BECKER & GREEN, P.C.

10                                      By: _____
11                                          JAMES A. GOODMAN
12                                      Attorneys for Defendant,
                                        TURNER CONSTRUCTION
13                                      COMPANY

14  DATED: January 15, 2008

17                                      DOUGLAS E. GEYMAN
18                                      Attorney for Plaintiff
                                        THOMAS THOMPSON

21  SO ORDERED.

24  Dated: _____, 2008          _____
25                                      Honorable Jeffrey T. Miller
                                        United States District Judge

LA:471497v1                             Case No. 07 CV 2412 JM (JMA)
                                        Thompson v. Turner Construction Company