UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS THOMPSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>TURNER CONSTRUCTION COMPANY, a New York corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 07CV2412 JM(JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

This matter is before the Court upon the Parties' Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a). For good cause shown, the Joint Motion to Dismiss is GRANTED. Therefore, Plaintiff's case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 23, 2008

_____
Jeffrey T. Miller
United States District Court Judge

4945520.1